ALBANY,
*August*, 1810.

BORST
v.
BEECKER.

MOULTON *against* HUBBARD, one of the Attorneys, &c.

*Where in a suit against an attorney of this court, the plaintiff recovers less than 25 dollars, the defendant is not liable for costs, since by the act sess 28. c. 93. s. 6. attorneys may be sued before justices of the peace, in the same manner as any other person, except during the sittings of the court.*

*Foot*, for the defendant, now moved to set aside the execution, and subsequent proceedings.

*Ross*, contra.

BORST *against* BEECKER, Executor, &c.

*Aliens, though freeholders and inhabitants of the town, are not qualified to serve as jurors, in suits before justices of the peace, as they are not good and lawful men, within the meaning of the act.*

IN *error* from a justice's court. *Beecker* sued *Borst* before the justice. Issue being joined between

the parties, at the request of the plaintiff, a jury was summoned; and when the jurors were called to be sworn, the defendant below objected to two of the jurors on the panel, on the ground that they were *aliens*, and had not been naturalized, and offered to prove the fact. It was admitted, that the jurors were freeholders, and had been inhabitants of the town, for many years. The justice overruled the objection, considering their being freeholders as a sufficient qualification.

*Gebhardt*, for the plaintiff in error, contended, that none but natural born, or naturalized citizens, could serve as jurors.

*Adams*, contra.

*Per Curiam.* The words of the act (*Laws*, vol. 1. *sess.* 24. c. 165. s. 12. p. 496.) are, that the constable shall summon, as jurors, " twelve good and lawful men, being freeholders or freemen of such city, or freeholders of such town, where the cause is to be tried," &c. Though the two jurors objected to were freeholders, they were not " *good and lawful men*," within the meaning of the statute, and, therefore, not competent jurors. The judgment must be reversed.

Judgment reversed.